UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS Z. RIZKALLAH and NADIA E. RIZKALLAH, Individually and Doing Business as PAINTED APRONS MOTEL,

    Plaintiffs,

- against -

FORWARD AIR, INC., FAF, Inc., MARK E. LEGGUE, and GREAT WEST CASUALTY COMPANY,

    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

02 Civ. 2448 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the above-captioned action shall convert from paper-filing to Electronic Case Filing ("ECF"). All future filings must be made electronically and in accordance with the Court's Individual Practices. Counsel for all parties must take the necessary steps to register as ECF users with this Court no later than October 1, 2009.

    The parties may access the Southern District's ECF Rules from the Court's website. If the parties have additional questions, they may contact the ECF Help Desk at (212) 805-0800.

Dated:    New York, New York
           September 24, 2009

                        SO ORDERED

                        _____
                        Paul G. Gardephe
                        United States District Judge