USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS Z. RIZKALLAH and NADIA E. RIZKALLAH, Individually and Doing Business as PAINTED APRONS MOTEL,

        Plaintiffs,

- against -

FORWARD AIR, INC., FAF, Inc., MARK E. LEGGUE, and GREAT WEST CASUALTY COMPANY,

        Defendants.

02 Civ. 2448 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that there shall be a status conference in this case on October 14, 2009 at 10:00 a.m. in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, NY.

Dated:    New York, New York
          September 24, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge